IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

GREG W. SCHOENLEIN,           )       CIVIL 12-00046-DAE-KSC
A5019148,                     )
                              )
          Plaintiff,          )
                              )
     vs.                      )
                              )
HAWAII DEPARTMENT OF          )
PUBLIC SAFETY;  SAGUARO       )
CORRECTIONAL CENTER; TODD     )
THOMAS,                       )
                              )
          Defendants.         )
_____ )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation and an Amended Findings and

Recommendation having been filed on August 16, 2012,  and served concurrently

upon those counsel of record who are registered participants of CM/ECF, and

served on August 20, 2012 by First Class Mail to those parties of record who are

not registered participants of CM/ECF,  and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

"AMENDED FINDINGS AND RECOMMENDATION RE: EXHAUSTION OF

STATE REMEDIES," docket entry no. 24,  are adopted as the opinion and order of

this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 14, 2012.



_____
David Alan Ezra
United States District Judge